THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MILLS, Appellant.

The defendant was apprehended during the commission of the crime, and there was no police-arranged confrontation. Thus, the court properly denied suppression of the complainant's in-court identification of the defendant. We have considered the defendant's remaining contentions and find them to be without merit. Mangano, P. J., Bracken, Lawrence and Rosenblatt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD NEAL, Appellant.

Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHORUNDA PORCH, Appellant.

Mangano, P. J., Lawrence, Rosenblatt and Copertino, JJ., concur.